**FILED**

**OCT. 8, 2021**
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SHAUN RUSHING,               )
                             )
            Plaintiff,       )
                             )
      v.                     )          Civil Action No. 21-01943 (UNA)
                             )
THE COUNTY OF KENT,          )
                             )
            Defendant.       )

## <u>MEMORANDUM OPINION</u>

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, also known as Alexis Legree, allegedly was arrested for selling narcotics to a Grand Rapids police officer in Grand Rapids. Plaintiff was allegedly charged with selling

1

narcotics to a police officer.  For these acts, Plaintiff demands an award of $110 trillion from Kent County on each of two counts.

As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).  There are far too few facts alleged to state a viable legal claim, and certainly too few facts to show an entitlement to an award of $220 trillion.  Therefore, the Court will dismiss the complaint without prejudice and will grant the application to proceed *in forma pauperis*.  An Order consistent with this Memorandum Opinion is issued separately.

DATE:October 8, 2021

_____
CARL J. NICHOLS
United States District Judge

2